UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:     ROBERT KINZIE
           JENNIFER KINZIE
DEBTORS                                              CASE NO:  17-91832-BHL-13

### TRUSTEE'S OBJECTION TO THE CLAIM OF ARMY & AIR FORCE EXCHANGE SERVICES AND NOTICE OF RESPONSE DEADLINE

Comes now the Trustee, Joseph M. Black, Jr., and objects to the Proof of Claim filed by Army & Air Force Exchange Services on January 17, 2018 in the amount of $7,086.01 pursuant to Fed.R.Bankr.P. 3007(a).  In support of said objection, the Trustee states the following:

1. The Proof of Claim claims a security interest in household goods in the amount of $219.95, but fails to include a copy of the signed Security Agreement as required by Federal Rule of Bankruptcy Procedure 3001(d).

**PLEASE TAKE NOTICE THAT** any response must be filed with the Bankruptcy Clerk within **30 days** from the date of this notice [or such other time period as may be permitted by Fed.R.Bankr.P. 9006(f)].  Those not required or not permitted to file electronically must deliver any response by U.S. mail, courier, overnight/express mail, or in person at:

110 U.S. Courthouse, 121 W. Spring St., New Albany IN  47150

The responding party must ensure delivery of the response to the party filing the objection.  **If a response is NOT timely filed, the requested relief may be granted.**  If a response is filed, a hearing will be set at a later date, and all parties will receive a notice of that hearing.

WHEREFORE, the Trustee moves the Court for an order deeming the Proof of Claim of Army & Air Force Exchange Services as general unsecured in the amount of $7,086.01.

Dated: January 22, 2018

                                            Respectfully Submitted,

                                              /s/ Joseph M. Black, Jr.
                                            Joseph M. Black, Jr., Trustee
                                            PO Box 846
                                            Seymour, IN 47274
                                            Phone: (812) 524-7211
                                            Fax:    (812) 523-8838
                                            Email: jblacktrustee@trustee13.com

Page 1 of 2

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2018, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| Lloyd Koehler | lloydkoehler@hotmail.com |
| U.S. Trustee | ustpregion10.in.ecf@usdoj.gov |

      I further certify that on January 22, 2018, a copy of the foregoing pleading was mailed by first-class, U.S. Mail, postage prepaid, and properly addressed to the following:

Robert N. Kinzie, 6420 North US Hwy 31, Seymour, IN  47274
Jennifer S. Kinzie, 4045 Jason Avenue, Franklin, IN  46131

Army & Air Force Exchange Services, Attn: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX  75236

                                       /s/ Joseph M. Black, Jr.
                                      Joseph M. Black, Jr., Trustee

***The foregoing document was prepared by the Office of the Standing Trustee, Joseph M. Black, Jr.***